**UNITED STATES of America, Plaintiff–Appellee**

v.

**Kerry K. OWENS, Defendant–Appellant.**

**No. 11–30366.**

United States Court of Appeals, Fifth Circuit.

Aug. 14, 2012.

Josette Louise Cassiere, Assistant U.S. Attorney, Allison Duncan Bushnell, U.S. Attorney's Office, Shreveport, LA, for United States of America.

Christopher Albert Aberle, Mandeville, LA, for Kerry K. Owens.

Before JONES, Chief Judge, and JOLLY and SMITH, Circuit Judges.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM: *

After our opinion was issued in this case, the Supreme Court decided *Dorsey v. United States,* — U.S. ——, 132 S.Ct. 2321, 183 L.Ed.2d 250 (2012). *Dorsey* held, contrary to our opinion, that the more lenient penalties of the Fair Sentencing Act ("Act") apply to offenders who committed an offense before the Act was

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

passed, but were sentenced after the Act was enacted. We therefore VACATE and REMAND these cases for resentencing consistent with the Court's holding in *Dorsey*.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.